# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DWIGHT D. YORK )<br>*a/k/a* MALACHI Z. YORK )<br>　　　　　　　　　　　　　　　)<br>　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)　　Case No.: 1:22-cv-2801<br>　　v. 　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>FEDERAL BUREAU OF PRISONS, )<br>　　　　　　　　　　　　　　　)<br>　　Defendant(s). 　　　　　　　　) | |

## ORDER

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and Emergency Hearing, it is this

_____ day of _____, 2022, hereby:

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is and hereby shall be **GRANTED**; and it is further,

**ORDERED**

_____
Judge,

Copies to: All Parties