**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-CV-02801-CNS-MDB

DWIGHT D. YORK,
a/k/a Malachi Z. York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**DECLARATION OF**

**KATHLEEN A. WILSON**

---

I, Kathleen A. Wilson, in accordance with 28 U.S.C. § 1746, state as follows:

1. I am an Attorney-Adviser in the Office of Diplomatic Law and Litigation, Office of the Legal Adviser, United States Department of State. In that role I am responsible, inter alia, for overseeing and coordinating certain litigation-related inquiries concerning individuals who have asserted diplomatic status in federal, state, and local court proceedings in the United States.

2. With respect to the asserted diplomatic status of Wendell J. Emmanuel McIntosh, I have consulted Department of State officials in the Office of the Chief of Protocol and in the Office of Foreign Missions, who are responsible for the registration of, and maintaining the official records of, diplomatic agents, consular officers, and other employees of foreign governments and international organizations in the United States and its territories. I have also consulted Department of State officials in the Bureau of African Affairs who are responsible for managing the Department's relations with the Government of Republic of Liberia.

3. Based on these consultations and the corresponding record reviews, I confirm that the official records of the Department of State contain no record of an individual named Wendell McIntosh being registered with the Department of State as a diplomat representing the Republic of Liberia in the United States.

2

4. The Department of State has not received a request from the Government of the Republic of Liberia to facilitate a prison visit by Wendell McIntosh.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 22nd day of November 2022, in Washington, D.C.

s/ **Kathleen A. Wilson**

Kathleen A. Wilson
Attorney-Adviser
U.S. Department of State