IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| DWIGHT D. YORK | ) | |
| a/k/a Malachi Z. York | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.: 22-cv-02801 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION FOR EXTENSION TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW, Plaintiff, Dwight D. York by and through undersigned counsel Charles Tucker, Jr. and The Cochran Firm - Hyattsville, and asks Honorable Court for a two (2) week extension to file Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Temporary Restraining Order and submits the following in support:

1. On or about October 24, 2022, Plaintiff by and through undersigned counsel filed his Complaint against Defendant, along with a Motion for Temporary Restraining Order.

2. November 22, 2022, Defendant filed their response to Plaintiff's Motion for Temporary Restraining Order.

3. On or about December 13, 2022, Plaintiff's Counsel reached out to Defendant's Counsel to seek their consent for a five (5) day extension to file Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Temporary Restraining Order , which they gave.

4. Granting this Motion for Extension would not be prejudicial to the Government as Counsel has already consented.

WHEREFORE, For the reasons set forth above, Plaintiff, Dwight D. York, respectfully requests that the Court GRANT this Motion for Extension and ORDER that Complainant's Reply be filed no later than December 18, 2022

Respectfully Submitted December 13, 2022,

/s/ Charles Tucker, Jr., Esq.
Charles Tucker, Jr., Esq Bar# 993515
8181 Professional Place, Suite 207
Hyattsville, MD 20785
T: (301) 577-1175
F: (240) 467-5787
charles@tuckerlawgroupllp.com
*Counsel for Complainant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I caused a copy of the foregoing to be filed via the Court E-Filing system which makes service on all parties so entitled:

/s/ Charles Tucker, Jr., Esq.
Charles Tucker, Jr., Esq