IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02801-CNS-MDB

DWIGHT D. YORK,
a/k/a Malachi Z. York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND
TO THE COMPLAINT (ECF No. 1)**

---

    The Court, having considered the Unopposed Motion to Extend Time to Respond to the Complaint, and finding good cause, hereby GRANTS the motion.

    The deadline for the Federal Bureau of Prisons to respond to the complaint, ECF No. 1, shall be extended to 14 days after the Court issues an order resolving the pending motion for summary judgment for failure to exhaust administrative remedies, ECF No. 16.

    DATED this 27th day of December 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge