### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02801-CNS-MDB

DWIGHT D. YORK, a/k/a Malachi Z. York,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS.

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [ECF No. 27] of Judge Charlotte N. Sweeney entered on December 29, 2022, it is

ORDERED that the Plaintiff's Motion for Temporary Restraining Order and Emergency Hearing [ECF No. 2] is DENIED.  It is

FURTHER ORDERED that Defendant's Early Motion for Summary Judgment for Failure to Exhaust [ECF No. 16] is GRANTED. It is

FURTHER ORDERED that the case is closed.

  Dated at Denver, Colorado this 29th day of December, 2022.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                    By:  s/   K. Myhaver
                              K. Myhaver
                              Deputy Clerk